UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNAMARIE TAFT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MR. COOPER GROUP,<br><br>　　　　　Defendant. | No. 2:19-cv-1875 JAM AC (PS)<br><br><br>ORDER |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On October 11, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 4. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

　　1. The findings and recommendations filed October 11, 2019, are adopted in full; and

////

////

1

2. The complaint (ECF No. 1) is DISMISSED without leave to amend because it fails to state a claim upon which relief can be granted.

DATED: December 4, 2019

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE